In the Matter of the Assessment for Improving EAST EIGH-
TEENTH STREET in the Town of Flatbush from Church Ave-
nue to the Town Line.

(Argued April 9, 1894; decided April 24, 1894.)

APPEAL from order of the General Term of the Supreme
Court in the second judicial department, made February 12,
1894, which confirmed proceedings and assessment of com-
missioners and ordered that a stay granted at Special Term be
vacated.

*John H. Kemble* for appellant.

*William E. C. Mayer* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

DANIEL W. TALLMADGE et al., Appellants, *v.* PHINEAS C.
LOUNSBURY, as Treasurer, etc., Respondent.

(Argued April 9, 1894 ; decided April 24, 1894.)

APPEAL from order of the General Term of the Superior
Court of the city of New York, made February 5, 1894,
which denied a motion by plaintiffs for an order to amend the
judgment roll.

*Alexander S. Bacon* for appellants.

*Joseph G. Gay* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.